IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : CRIMINAL ACTION NO. |
| | : 2:16-CR-005-RWS-JCF |
| DOUGLAS L. PURDY, | : |
| | : |
| Defendant. | : |

## ORDER

This case is before the Court for consideration of the Report and Recommendation ("R&R") [Doc. No. 31] of Magistrate Judge J. Clay Fuller. After reviewing the R&R and the Objections [Doc. No. 33] thereto, the R&R is received with approval and adopted as the Opinion and Order of this Court.

The Court has reviewed, *de novo*, the issues raised by Defendant's objections. The points raised in the objections were fully addressed in the R&R. The Court agrees with Judge Fuller's conclusions that Defendant has not shown by "clear evidence" that he is similarly situated to persons who have not been prosecuted for alleged bid rigging related to public auctions of foreclosed properties. And, even if Defendant had made such a showing, he has not satisfied the "discriminatory effect" prong necessary to establish a selective

AO 72A
(Rev.8/82)

prosecution defense.

Accordingly, Defendant's Motion to Dismiss [Doc. No. 24] is **DENIED**, and his request for discovery and a hearing on his selective prosecution and enforcement claim is **DENIED**.

**SO ORDERED** this 28th day of November, 2016.

_____
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE