IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Criminal No. 2:16-cr-5-RWS-JCF |
| DOUGLAS L. PURDY, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

### ORDER

This matter having come before the Court on the Motion for Withdrawal as Government Attorney of Record submitted by Attorney Mary N. Strimel, and good cause having been shown for same;

IT IS HEREBY ORDERED that the Motion for Withdrawal as Government Attorney of Record submitted by Attorney Mary N. Strimel is hereby granted for the reasons stated therein.

IT IS SO ORDERED this 17th day of Jan., 2017.

_____
HONORABLE RICHARD W. STORY
UNITED STATES DISTRICT COURT JUDGE

1