# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia
Gainesville Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DOUGLAS PURDY<br>    *Defendant* | )<br>)<br>)   Case No.  2:16-CR-00005-RWS-JCF<br>)<br>)<br>) |

**APPEARANCE OF CO-COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as co-counsel for Mr. Douglas Purdy.

This 23rd day of March 2017

/s/ Lawanda N. Hodges
Georgia Bar. No. 547413
The Law Firm of Lawanda Hodges, LLC
1100 Peachtree Street, Suite 200
Atlanta, GA 30316
Phone:  (404) 474-0772
Fax:  (404) 474-2774
lhodges@lhodgeslaw.com

1

## CERTIFICATE OF SERVICE

      I, Lawanda N. Hodges, certify that on this 23rd day of March 2017, the forgoing Entry of Appearance was electronically filed via CM/ECF in the United States District Court for the Northern District of Georgia, with notice of same being electronically served by the Court to the following:

Collin F. Delaney

Susan A. Musser

Matthew Stegman

United States Department of Justice Washington, DC

                                      */s/* Lawanda N. Hodges
                                      Georgia Bar. No.547413
                                      The Law Firm of Lawanda Hodges, LLC
                                      1100 Peachtree Street,
                                      Suite 200
                                      Atlanta, GA 30316
                                      Phone:  (404) 474-0772
                                      Fax:  (404) 474-2774
                                      lhodges@lhodgeslaw.com