# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

### 2:16-cr-00005-RWS-JCF
### USA v. Purdy
### Honorable Richard W. Story

Minute Sheet for proceedings held In Open Court on 05/10/2017.

TIME COURT COMMENCED: 2::00 P.M.
TIME COURT CONCLUDED: 3:15 P.M.   COURT REPORTER: Amanda Lohnaas
TIME IN COURT: 1:15                DEPUTY CLERK: Philip Biegler, Law Clerk
OFFICE LOCATION: Atlanta

DEFENDANT(S): [1]Douglas L. Purdy Present at proceedings

ATTORNEY(S) PRESENT:
Craig Gillen representing Douglas L. Purdy
Lawanda Hodges representing Douglas L. Purdy
Anthony Lake representing Douglas L. Purdy
Matthew Stegman representing USA
** Andrew Grubin representing USA

PROCEEDING CATEGORY: Motion Hearing(Motion Hearing Non-evidentiary);

MOTIONS RULED ON: DFT#1-[46]Motion to Quash TAKEN UNDER ADVISEMENT

MINUTE TEXT: The Court heard arguments regarding the Motion to Quash. Order to follow.

HEARING STATUS: Hearing Concluded