# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | : |
| DOUGLAS L. PURDY, | : CRIMINAL ACTION NO. |
| | : 2:16-CR-005-RWS |
| Defendants. | : |
| | : |

## VERDICT

1. Is the Defendant guilty of entering into a single conspiracy to commit bid rigging as alleged in the Indictment? __Yes__ ("Yes" or "No")

    If no, that concludes your findings on Count One. Move on to Count 2 below.

    If yes, did that conspiracy extend through February 3, 2011?

    __Yes__ ("Yes" or "No")

2. We, the jury, find the Defendant __Guilty__ of bank fraud as charged in Count Two of the Indictment.

    If guilty, we, the jury base our verdict on the following (mark all that apply)

    Section 1344(1) _____

    Section 1344(2) __X__

3.  We, the jury, find the Defendant ___Guilty___ of bank fraud as charged in Count Three of the Indictment.

   If guilty, we, the jury base our verdict on the following (mark all that apply)

   Section 1344(1) _____

   Section 1344(2) __X__

4.  We, the jury, find the Defendant ___Not Guilty___ of bank fraud as charged in Count Four of the Indictment.

   If guilty, we, the jury base our verdict on the following (mark all that apply)

   Section 1344(1) _____

   Section 1344(2) _____

5.  We, the jury, find the Defendant ___Not Guilty___ of bank fraud as charged in Count Five of the Indictment.

   If guilty, we, the jury base our verdict on the following (mark all that apply)

   Section 1344(1) _____

   Section 1344(2) _____

6.  We, the jury, find the Defendant ___Not Guilty___ of bank fraud as charged in Count Six of the Indictment.

   If guilty, we, the jury base our verdict on the following (mark all that apply)

   Section 1344(1) _____

   Section 1344(2) _____

**SO SAY WE ALL.**

_Friday Jun 16th 2017_
Date

_____
FOREPERSON