IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>    v.<br><br>DOUGLAS L. PURDY,<br>    Defendant. | Criminal Action No.<br><br>2:16-CR-005-01-RWS |

**NOTICE OF ENTRY OF APPEARANCE**

Assistant United States Attorney Cynthia B. Smith herein files notice of her appearance, and respectfully requests that she be added as counsel of record for Plaintiff .

Respectfully submitted,

BYUNG J. PAK
UNITED STATES ATTORNEY

s/Cynthia B. Smith
CYNTHIA B. SMITH
ASSISTANT U.S. ATTORNEY
Georgia Bar No. 655473
600 United States Courthouse
75 Ted Turner Drive, S.W.
Atlanta, GA 30303
(404) 581-6350
cynthia.smith2@usdoj.gov

## CERTIFICATE OF SERVICE

This is to certify that I have this day electronically filed the within and foregoing **Notice of Appearance** with the Clerk of Court using the CM/ECF System and that I have served the following non-CM/ECF participants by depositing a copy of the same in the United States mail and addressed as follows:

Douglas L. Purdy
Register No. 69844-019
USP-McCreary
330 Federal Way
Pine Knot, KY 42635

This 13th day of March, 2018.

s/Cynthia B. Smith
CYNTHIA B. SMITH
ASSISTANT UNITED STATES ATTORNEY
cynthia.smith2@usdoj.gov
